1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   Robert Leonard Chunn,                    No. CV12-294 PHX DGC (MHB)

10                       Petitioner,          **ORDER**

11  vs.

12  Charles L. Ryan, et al.,

13                       Defendants.

14

15          Petitioner Robert Leonard Chunn has filed a petition for writ of habeas corpus

16  pursuant to 28 U.S.C. § 2254.  Doc. 1.  United States Magistrate Judge Michelle H. Burns

17  has issued a report and recommendation ("R&R") recommending that the petition be

18  denied and dismissed with prejudice.  Doc. 10.  No objection has been filed, which

19  relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed.

20  R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-*

21  *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and deny the

22  petition.

23          **IT IS ORDERED:**

24          1.      The R&R (Doc. 10) is **accepted**.

25          2.      The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed**

26  **with prejudice**.

27          3.      A certificate of appealability and leave to proceed *in forma pauperis* on

28  *appeal are* ***denied***

1    4.    The Clerk is directed to **terminate** this action.

2    Dated this 28th day of November, 2012.

3

4

5                                          _David G. Campbell_
6                              _____
                                          David G. Campbell
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28